MARK B. MIZRAHI (CA State Bar No. 179384)
  mmizrahi@wrslawyers.com
MAX N. WELLMAN (CA State Bar No. 291814)
  mwellman@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 W. Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582

Telephone:  (310) 478-4100
Facsimile:   (310) 479-1422

*Attorneys for Plaintiff Kellytoy (USA), Inc.
and Kellytoy Worldwide, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KELLYTOY (USA), INC., a California corporation; and KELLYTOY WORLDWIDE, INC., a California corporation;<br><br>    Plaintiffs,<br><br>  vs.<br><br>BIG T TOYS & SPORTS, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:18-cv-02979 DSF (SKx)<br><br>**COMPLAINT FOR:**<br><br>**NOTICE OF DISMISSAL, WITHOUT PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs KELLYTOY (USA), INC. and KELLYTOY WORLDWIDE, INC. hereby dismiss the above-captioned action, without prejudice.  This Notice of Dismissal is made prior to defendant having served either an answer or a motion for summary judgment.

                              Respectfully submitted,

Dated: May 31, 2018        WOLF, RIFKIN, SHAPIRO,
                                  SCHULMAN & RABKIN, LLP


                            By:      /s/ Mark B. Mizrahi
                                 MARK B. MIZRAHI
                                 MAX N. WELLMAN
                            Attorneys for Plaintiffs
                            KELLYTOY (USA), INC. and
                            KELLYTOY WORLDWIDE, INC.